ROSE F. LUZON (SBN 221544)
SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLP
401 A Street, Suite 2350
San Diego, CA  92101
Tel:  619/235-2416
Fax: 619/234-7334
rluzon@sfmslaw.com

Attorneys for Plaintiff and the Class

(Other counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA MONTANTES, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>INVENTURE FOODS d/b/a BOULDER CANYON NATURAL FOODS, and EMS, INC.,<br><br>                    Defendants. | Case No. CV14-1128 MWF (RZx)<br><br>**NOTICE OF SETTLEMENT OF CASE**<br><br>(LR 40-2) |

NOTICE OF SETTLEMENT                                                      Case No. CV14-1128 MWF (RZx)

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Vanessa Montantes, and Defendants Inventure Foods d/b/a Boulder Canyon Natural Foods and EMS, Inc., have reached a settlement of the captioned action.  PLEASE TAKE FURTHER NOTICE that Plaintiff provides this Notice to the Court pursuant to Local Rule 40-2.

Dated:  December 10, 2014          SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

By: /s/Rose F. Luzon
ROSE F. LUZON (SBN 221544)
401 A Street, Suite 2350
San Diego, CA  92101
Tel:  619/235-2416
Fax: 619/234-7334
rluzon@sfmslaw.com

THOMAS D. MAURIELLO (SBN 144811)
MAURIELLO LAW FIRM, APC
1181 Puerta Del Sol, Suite 120
San Clemente, CA 92673
Tel:  949/542-3555
Fax: 949/606-9690
tomm@maurlaw.com

JAMES C. SHAH (SBN 260435)
SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLP
35 E. State Street
Media, PA  19063
Tel: 610/891-9880
Fax: 610/891-9883
jshah@sfmslaw.com

**Counsel for Plaintiff Vanessa Montantes**

NOTICE OF SETTLEMENT                                                   Case No. CV14-1128 MWF (RZx)