```
1    ROSE F. LUZON (SBN 221544)
     SHEPHERD, FINKELMAN, MILLER
2      & SHAH, LLP
     401 A Street, Suite 2350
3    San Diego, CA  92101
     Tel:  619/235-2416
4    Fax: 619/234-7334
     rluzon@sfmslaw.com
5

6    Attorneys for Plaintiff

7    (Other counsel listed on signature page)
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MONTANTES, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>          vs.<br><br>INVENTURE FOODS d/b/a BOULDER CANYON NATURAL FOODS, and EMS, INC.,<br><br>                        Defendants. | Case No. CV14-1128 MWF (RZx)<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)** |

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Vanessa Montantes, Defendant Inventure Foods d/b/a Boulder Canyon Natural Foods ("Inventure"), and Defendant EMS, Inc. ("EMS"), by and through their respective counsel, hereby stipulate, and agree to a voluntary dismissal of all claims with prejudice asserted against Inventure and EMS in the above-captioned matter.  Each party to bear its own attorney's fees and costs.

JOINT STIPULATION OF DISMISSAL
PURSUANT TO RULE 41(a)

1

Dated: December 11, 2014

| | |
|---|---|
| SHEPHERD, FINKELMAN, MILLER & SHAH, LLP | DLA PIPER LLP (US) |
| By: s/Rose F. Luzon<br>    ROSE F. LUZON (SBN 221544)<br>    401 A Street, Suite 2350<br>    San Diego, CA  92101<br>    Tel:  619/235-2416<br>    Fax: 619/234-7334<br>    rluzon@sfmslaw.com<br><br>    THOMAS D. MAURIELLO (SBN 144811)<br>    MAURIELLO LAW FIRM, APC<br>    1181 Puerta Del Sol, Suite 120<br>    San Clemente, CA 92673<br>    Tel:  949/542-3555<br>    Fax: 949/606-9690<br>    tomm@maurlaw.com<br><br>    JAMES C. SHAH (SBN 260435)<br>    SHEPHERD, FINKELMAN, MILLER & SHAH, LLP<br>    35 E. State Street<br>    Media, PA  19063<br>    Tel: 610/891-9880<br>    Fax: 610/891-9883<br>    jshah@sfmslaw.com<br><br>*Attorneys for Plaintiff Vanessa Montantes* | By:  s/Monica D. Scott<br>    MONICA D. SCOTT (SBN 268109)<br>    EDWARD D. TOTINO (SBN 169237)<br>    2000 Avenue of the Stars<br>    Suite 400 North Tower<br>    Los Angeles, CA 90067-4704<br>    Tel: 310/595-3000<br>    Fax: 310/595-3300<br>    monica.scott@dlapiper.com<br>    edward.totino@dlapiper.com<br><br>*Attorneys for Defendant Inventure*<br><br>FREEDMAN & TAITELMAN, LLP<br><br>By: s/Michael A. Taitelman<br>    MICHAEL A. TAITELMAN (SBN 156254)<br>    DAVID M. MARMORSTEIN (SBN 192993)<br>    1901 Avenue of the Stars, Suite 500<br>    Los Angeles, CA 90067<br>    Tel: 310/201-0005<br>    Fax: 310/201-0045<br>    mtaitelman@ftllp.com<br>    dmarmorstein@ftllp.com<br><br>*Attorneys for Defendant EMS, Inc* |

JOINT STIPULATION OF DISMISSAL
PURSUANT TO RULE 41(a)

2