**CLOSED**

FILED
CLERK, U.S. DISTRICT COURT

1/7/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____C. Wynn_____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MONTANTES, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>INVENTURE FOODS d/b/a BOULDER CANYON NATURAL FOODS, and EMS, INC.,<br><br>                    Defendants. | Case No. CV14-1128 MWF (RZx)<br><br>**ORDER CLOSING CASE** |

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 31]. The Court has reviewed the Joint Stipulation and is otherwise advised in the premises. In accordance with the Joint Stipulation, this action is dismissed with prejudice. The Clerk of Court is directed to **CLOSE** this case.

Dated: January 7, 2015

_____
Michael W. Fitzgerald
United States District Judge

Copies provided to:
Counsel of record via CM/ECF